IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00070-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONI FISHER, et al.

    Defendants.

_____

## ORDER
_____

    After consideration of defendant Toni Fisher's Motion to Withdraw from ECF Distribution List, filed December 27, 2006 [1043], it is

    ORDERED that the motion to withdraw from ECF distribution list [1043] is granted and defendant Toni Fisher and counsel Kenneth A. Padilla are removed from the ECF distribution list.

DATED: December 28th, 2006

                              BY THE COURT:

                              s/ Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge